IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JACK B. LAMB,                          :
                                       :
              Plaintiff                :
                                       :
VS.                                    :
                                       :   NO. 5:05-CV-142 (WDO)
THE BOARD OF PARDONS                   :
AND PAROLES, *et al.*,                 :
                                       :
              Defendants               :   PROCEEDINGS UNDER 42 U.S.C. § 1983
                                       :   BEFORE THE U. S. MAGISTRATE JUDGE

## RECOMMENDATION OF DISMISSAL

On September 2, 2005, plaintiff in the above-captioned case filed a MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE due to unspecified medical reasons. Tab #18. The defendants were notified on September 6, 2005, of said motion. They have not filed a response to the plaintiff's motion.

Accordingly, IT IS RECOMMENDED that the plaintiff motion (Tab #18) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to forward a copy of this order to the **LAST** **ADDRESS** provided by the plaintiff and counsel for the defendant.

SO RECOMMENDED, this 14th day of OCTOBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE