# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JACK LAMB,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-142 (WDO) |
| | : | |
| **THE BOARD OF PARDONS AND** | : | |
| **PAROLES, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant the Plaintiff's unopposed motion to dismiss without prejudice. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 3rd day of November, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**